**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01917 SRC |
| | ) | |
| CCA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum and Order**

This matter is before the Court on [7] Plaintiff Joseph Engel's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. Accordingly, the Court denies [7] Engel's motion to proceed in forma pauperis on appeal. *See* 28 U.S.C. § 1915(a)(3).

So Ordered this 12th day of May 2021.

*SL R. CR*

**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**